DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. WILLIAMS

No. 384 PC

Case below: 47 NC App 586

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

## STATE v. WILSON

No. 314 PC

Case below: 47 NC App 586

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## STONE v. CONDER

No. 238 PC

Case below: 46 NC App 190

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 15 August 1980.

## STROUPE v. STROUPE

No. 206 PC

No. 103 (Fall Term)

Case below: 46 NC App 123

Petition by defendant for discretionary review under G.S. 7A-31 allowed 15 August 1980.

## TAYLOR v. TAYLOR

No. 239 PC

Case below: 46 NC App 349

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.